**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 97-20105
Summary Calendar

PAULINE SKINNER,

Plaintiff-Appellant,

VERSUS

JESSE BROWN, SECRETARY OF THE DEPARTMENT OF VETERANS' AFFAIRS,

Defendant-Appellee.

Appeal from the United States District Court
For the Southern District of Texas

(H-94-CV-865)

December 12, 1997

Before DUHÉ, DEMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Plaintiff Pauline Skinner, an African-American woman over forty years of age, filed this suit against Jesse Brown, Secretary of the Department of Veterans' Affairs, alleging discrimination and retaliation on the basis of her race and age in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

et seq., and the Age Discrimination in Employment Act, as amended 29 U.S.C. § 621 et seq.. Plaintiff asserts claims of disparate treatment based on her race and age, retaliation based on her race and age, and a racially hostile work environment. The district court granted Defendant's motion for summary judgment and denied Plaintiff's.

We have carefully reviewed the briefs, record excerpts, and the relevant portions of the record itself. We affirm substantially for the reasons stated by the district court in its memorandum opinion and order signed October 31, 1996 and filed November 1, 1996. AFFIRMED.